**Order entered March 18, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00223-CR**

**ROBERT SAMUEL VEAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80509-2019**

**ORDER**

Before the Court is the State's March 16, 2021 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received that same day filed as of the date of this order.

/s/ DENNISE GARCIA
JUSTICE